PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Barry Fauntleroy**                                   Docket No. **05-449**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan,** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Barry Fauntleroy,** who was placed under pretrial release supervision by **The Honorable Joseph A. Greenaway,** United States District Judge, sitting in the Court at Newark, New Jersey, on June 20, 2005, under the following conditions:

1. Surrender passport; 2. Drug testing and treatment, as deemed necessary by Pretrial Services; 3. Mental health treatment, as deemed necessary

On September 19, 2005, the defendant entered a guilty plea to Count 1 of the Indictment. On March 27, 2006, he was sentenced to 21 months imprisonment. On June 21, 2006, Your Honor extended his surrender date from June 26, 2006 to July 17, 2006 so that he may appear for a hearing in Texas. The defendant has been supervised by the Atlanta, Georgia Probation Department who reported that he has been compliant to date with exception to what is noted below.

Respectfully presenting petition for action of Court and for cause as follows:
On May 22, 2006, the defendant was charged with Obstruction (misdemeanor) by the Forsyth County (Georgia) Sheriff's Department (see attached affidavit). On June 2, 2006, he was released on a $1,650 cash bond. His next court date is August 1, 2006.

PRAYING THAT THE COURT WILL ORDER **that the defendant surrender July 17, 2006.**

ORDER OF COURT

Considered and ordered this _10th_ day of _July_, _2006_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Joseph A. Greenaway, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on            June 29, 2006_____

_____
Kenneth Rowan
U.S. Pretrial Services Officer